FILED

9:43 am, 11/18/20

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ERIC SMITH AND JENNIFER SMITH,<br><br>      Plaintiffs,<br><br>vs.<br><br>WALGREEN CO.,<br><br>      Defendant. | Case No.  19-CV-223-NDF |

## ORDER ON DISMISSAL

The parties have filed a stipulated motion for dismissal with prejudice (CM/ECF Document [Doc.] 38) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). While the notice is self-executing, the Court also ORDERS this case DISMISSED WITH PREJUDICE. Each party shall bear his or her own attorney's fees and costs.

Dated this 18th day of November, 2020.

*Nancy D Freudenthal*
_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE